AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

**SEALED**
**BY ORDER OF THE COURT**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Sept 11, 2025 9:00 AM
Lucy H. Carrillo, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| DARRYL DELENIA | ) | MJ25-01183 KJM |
| | ) | |
| | ) | FILED UNDER SEAL PURSUANT TO |
| *Defendant(s)* | ) | CRIMLR5.2(a)(1) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 9, 2025** in the county of **Honolulu** in the **--** District of **Hawaii**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) | Possession with intent to distribute a controlled substance, namely 500 or more grams of a mixture or substance containing a detectable amount of methamphetamine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

*Complainant's signature*

Keith K. Simeona, HSI Task Force Officer
*Printed name and title*

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Fed.R.Crim.P. 4.1(b)(2).

Date: September 11, 2025

City and state: Honolulu, Hawaii

Kenneth J. Mansfield
United States Magistrate Judge

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, the undersigned complainant, being duly telephonically sworn, deposes and states as follows:

## BACKGROUND

1. I am currently employed as a Detective with the Hawaii Police Department and have been so employed since 2007. I further state that I am a Task Force Officer with the Department of Homeland Security, Homeland Security Investigations ("HSI"), currently assigned to the HSI Resident Agent in Charge, Outer Islands Office. I am a graduate of the Hawaii Police Department's training academy. I have been employed by the Hawaii Police Department for approximately 18 years and have been involved in numerous State of Hawaii investigations. Over fifty (50) of these investigations have resulted in the collection of evidence in cases involving state and federal illegal narcotics violations.

2. During my employment with the Hawaii Police Department, I received approximately six months of comprehensive training in general matters pertaining to law enforcement in the State of Hawaii and specific training in the recognition of narcotics, methods of narcotics distribution, and methods used to smuggle narcotics and related proceeds of narcotics distribution without detection. I held investigative assignment with the Criminal Investigation Section, Special Enforcement Unit, and

1

the Vice division. As a Task Force Officer, I am responsible for investigating a broad scope of violations of federal law, including, but not limited to, narcotics-trafficking violations (Title 21, United States Code, Section 841 et seq.), violations of the Money Laundering Control Act (Title 18, United States Code, Section 1956 et seq.), and violations of the Bank Secrecy Act (Title 31, United States Code, Section 5324 et seq.).

3. I submit this affidavit in support of a Criminal Complaint for Darryl DELENIA, for one count of Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1), and 841(b)(1)(A). This affidavit is based upon my personal knowledge, my review of reports by other law enforcement officers, my communications with other law enforcement officers, information obtained from witnesses, and other evidence. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I or the government have learned during the course of the investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

## PROBABLE CAUSE

4. On September 9, 2025, Homeland Security Investigations ("HSI") and

2

the Hawaii Police Department ("HPD") encountered Darryl DELENIA in the passenger seat of a silver 2019 Toyota 4Runner bearing State of Hawaii license plate ZJK579 (the "Toyota 4Runner"), on Ohuohu Street in Hilo, Hawaii. Law enforcement executed a State of Hawaii search warrant for the person of Darryl DELENIA. Law enforcement recovered the following items, among others, from the person of DELENIA:

    a. Approximately 3.43 grams of suspected methamphetamine in DELENIA's front left pocket; and

    b. Approximately $710 in U.S. currency from DELENIA's front right pocket.

5. DELENIA was arrested by HPD for a state narcotics offense.

6. That same day, on September 9, 2025, law enforcement executed a State of Hawaii search warrant for the Toyota 4Runner. From within the vehicle, law enforcement recovered, among others, the following items:

    a. Approximately 424.41 grams of suspected methamphetamine in four (4) separate plastic ziploc bags (found in a black backpack on the front passenger floorboard), which field-tested presumptively positive for methamphetamine.

3

b.     $13,000 in U.S. currency separated into three bundles wrapped with rubber bands (found in a black backpack on the front passenger floorboard).

c.     A Dollar Rent A Car rental record with DELENIA's name and a Southwest Airlines boarding pass with DELENIA's name (found in a black backpack on the front passenger floorboard).

d.     Approximately 1,125.13 grams of suspected methamphetamine in five (5) separate gallon-sized ziploc bags, which field-tested presumptively positive for methamphetamine (found in a blue Walmart reusable bag located on the rear driver seat).

e.     One box with ninety-six (96) Remington brand .22 caliber ammunition (found in the glovebox).

f.     A functional black Triton T3 digital scale with suspected methamphetamine residue (found in a Field line backpack in the rear driver seat area).

g.     A functional blue U.S. balance digital scale with suspected methamphetamine residue (found in the rear cargo area).

h.     A gold U.S. balance brand scale.

4

    i. One box with one hundred (100) Remington brand .22 caliber ammunition (found in the right cargo compartment).

 7. On September 9, 2025, after his arrest, DELENIA was advised of his *Miranda* rights and waived them. In substance and in part, DELENIA admitted in a recorded interview that the black backpack belonged to him and claimed ownership of the suspected methamphetamine in this backpack, as well as the methamphetamine located in the blue Walmart reusable bag. DELENIA also admitted to distributing large amounts of methamphetamine throughout the Hawaii Island.

 8. Based on my training and experience, and information conveyed to me by other law enforcement officers, I know that the seized quantity of methamphetamine is a distributable amount of the drug and not consistent with personal use. Additionally, methamphetamine is a Schedule II controlled substance.

## CONCLUSION

 9. Based on the facts described above, and on my training and experience, I submit that there is probable cause to arrest the defendant, Darryl DELENIA, for possession with intent to distribute a controlled substance, namely 500 or more grams of a mixture or substance containing a detectable amount of

5

methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

                FURTHER AFFIANT SAYETH NAUGHT.

_____
Keith Simeona Jr.
Task Force Officer
Homeland Security Investigations

This Criminal Complaint and Affidavit in support thereof were presented to, approved by, and probable cause to believe that the defendant above-named committed the charged crime found to exist by the undersigned Judicial Officer at Honolulu, Hawaii on September 11, 2025.

Sworn to under oath before me telephonically and attestation acknowledged pursuant to FRCP 4(d) and 4.1(b).

_____
Kenneth J. Mansfield
United States Magistrate Judge